UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONTICELLO AUSTIN,

    Plaintiff,

v.       Case No.  8:07-cv-1412-T-24EAJ

PROGRESSIVE RSC, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Temporary Stay of Discovery and Pretrial Proceedings (Doc. No. 17).  The parties request an order staying discovery and other pretrial proceedings until the Court has ruled upon Defendant's pending motion to dismiss.  For the reasons stated in the motion, and because neither party opposes the relief requested, it is **ORDERED AND ADJUDGED** that:

(1)     The motion (Doc. No. 17) is **GRANTED**;

(2)     Discovery and other pretrial proceedings in this action are **STAYED** pending resolution of Defendant's motion to dismiss.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of January, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record